UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR121-0046

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| CHARLES KEVIN MATTHEWS | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 15, 2020, in Wilkes County, within the Southern District of Georgia, the defendant,

**CHARLES KEVIN MATTHEWS,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, an Interarms, model: STAR, 9mm, semi-auto pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant, **CHARLES KEVIN MATTHEWS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, an Interarms, model: STAR, 9mm, semi-auto pistol, s/n: 1580642

A True Bill.

_____
[signature]

_____
David H. Estes
Acting United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Patricia G. Rhodes
Assistant United States Attorney
Branch Office Chief
Lead Counsel